**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-00558

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

THE HUMANE SOCIETY OF THE UNITED STATES, a non-profit organization, and

WILDEARTH GUARDIANS, a non-profit organization,

    Petitioners,

vs.

NOREEN WALSH, in her official capacity as the Regional Director of the Mountain-Prairie Region of the U.S. Fish and Wildlife Service,

RYAN ZINKE, in his official capacity as the Secretary of the U.S. Department of the Interior,

JIM KURTH, in his official capacity as the Acting-Director of the U.S. Fish and Wildlife Service,

THE U.S. FISH AND WILDLIFE SERVICE, a federal agency, and

THE U.S. DEPARTMENT OF THE INTERIOR, a federal agency,

    Federal-Respondents.

---

**PETITIONERS' CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to FED. R. CIV. P. 7.1, Petitioners Center for Biological Diversity, The Humane Society of the United States, and WildEarth Guardians, through their undersigned counsel, hereby certify there are no parent or publicly-held corporations that own any stock in Petitioners' non-profit corporations.

Respectfully submitted this 8th day of March, 2018.

                        */s/ Andrea Santarsiere*
                        Andrea L. Santarsiere (CO Bar # 38089)
                        Center for Biological Diversity
                        P.O. Box 469
                        Victor, ID  83455
                        Phone: (303) 854-7748
                        Email: asantarsiere@biologicaldiversity.org

                        */s/ Stuart Wilcox*
                        Stuart Wilcox (CO Bar # 44972)
                        WildEarth Guardians
                        2590 Walnut Street
                        Denver, CO  80205
                        Phone: (720) 331-0385
                        Email: swilcox@wildearthguardians.org

                        *Attorneys for Petitioners*