**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:18-cv-00558

Center for Biological Diversity,
The Humane Society of the United States, and
WildEarth Guardians,

     Petitioners,

v.

Noreen Walsh (in her official capacity),
Ryan Zinke (in his official capacity),
Jim Kurth (in his official capacity),
The U.S. Fish and Wildlife Service, and
The U.S. Department of the Interior

     Federal-Respondents.

---

### ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

     I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    The Center for Biological Diversity

    The Humane Society of the United States

    WildEarth Guardians.

     DATED at Washington, DC this 12th day of  March , 2018.

                                          Laura Friend
                                          Name of Attorney

                                          The Humane Society of the United States
                                          Firm Name

                                          1255 23rd Street, NW, Suite 450

2

Office Address

Washington, DC, 20037
City, State, ZIP Code

(202) 676-2331
Telephone Number

lfriend@humanesociety.org
Primary CM/ECF E-mail Address

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

swilcox@wildearthguardians.org
asantarsiere@biologicaldiversity.org

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Laura Friend
*s/*