IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 18-cv-00558-WYD

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,
THE HUMANE SOCIETY OF THE UNITED STATES, a non-profit organization, and
WILDEARTH GUARDIANS, a non-profit organization,

    Petitioners,

v.

NOREEN WALSH, in her official capacity as the Regional Director of the
Mountain-Prairie Region of the U.S. Fish and Wildlife Service,
RYAN ZINKE, in his official capacity as the Secretary of the U.S. Department of the
Interior,
JIM KURTH, in his official capacity as the Acting-Director of the U.S. Fish and Wildlife
Service,
THE U.S. FISH AND WILDLIFE SERVICE, a federal agency, and
THE U.S. DEPARTMENT OF THE INTERIOR, a federal agency,

    Federal-Respondents.
_____

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**
_____

**Daniel, J.**

    This action under the Administrative Procedures Act was filed on March 8, 2018. A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.

    Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP). The form JCMP of this court is referenced in D.C.COLO.LAPR 16.1. Counsel should attempt in good faith to agree on all matters covered in the form JCMP. Any issue in dispute should be identified in the proposed

JCMP with a brief statement concerning the basis for the disagreement.

**THEREFORE, IT IS ORDERED** that on or before the deadline for defendants' response to the complaint under Fed. R. Civ. P. 12(a)(2), the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form referenced in D.C.COLO.LAPR 16.1, and shall submit a copy of the proposed Joint Case Management plan in an editable format (Microsoft Word or WordPerfect) to Daniel_Chambers@cod.uscourts.gov.

Dated: March 15, 2018

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE