# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00558

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

THE HUMANE SOCIETY OF THE UNITED STATES, a non-profit organization, and

WILDEARTH GUARDIANS, a non-profit organization,

    Petitioners,

vs.

NOREEN WALSH, in her official capacity as the Regional Director of the Mountain-Prairie Region of the U.S. Fish and Wildlife Service,

RYAN ZINKE, in his official capacity as the Secretary of the U.S. Department of the Interior,

JIM KURTH, in his official capacity as the Acting-Director of the U.S. Fish and Wildlife Service,

THE U.S. FISH AND WILDLIFE SERVICE, a federal agency, and

THE U.S. DEPARTMENT OF THE INTERIOR, a federal agency,

    Federal-Respondents.

---

## PROOF OF SERVICE

---

    I respectfully certify that service pursuant to FED. R. CIV. P. 4(i) for the above captioned case took place as described below, which included true and correct copies of each of the following documents:

        ECF 1        Complaint
        ECF 2        Corporate Disclosure Statement
        ECF 4        Issued Summons

    ECF 4-6   Notice of Right to Consent to a Magistrate Judge
    ECF 6    Order Directing Preparation of Joint Case Management Plan

On March 16, 2018, the above listed documents were sent by certified mail, return receipt requested,to the following parties:

Jim Kurth, Acting Director
U.S. Fish and Wildlife Service
1849 C Street, NW
Washington DC 20240

Ryan Zinke, Secretary
U.S. Department of Interior
1849 C Street, NW
Washington, D.C. 20240-0001

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

U.S. Department of the Interior
1849 C Street, NW
Washington DC 20240

U.S. Attorney Bob Troyer
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

On March 20, 2018, the above listed documents were mailed to the following party:

Noreen Walsh, Regional Director
Mountain-Prairie Region
U.S. Fish and Wildlife Service
134 Union Blvd.
Lakewood, Colorado 80228

U.S. Attorney Troyer received the documents on March 19, 2018. The U.S. Fish and Wildlife Service received the documents on March 22, 2018. The Attorney General and Secretary Zinke received the documents on March 23, 2018. The U.S. Department of Interior, Acting Director Kurth, and Regional Director Walsh received the documents on March 26, 2018. Receipts and delivery confirmation are attached hereto as Exhibit A.

DATED: April 9, 2018            */s/ Andrea L. Santarsiere*
Andrea L. Santarsiere (CO Bar # 38089)
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
Phone: (303) 854-7748
Email: asantarsiere@biologicaldiversity.org

*Attorney for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I electronically filed the foregoing PROOF OF SERVICE electronically using the Court's CM/ECF system, which will send notification of such filing to all counsel of record as follows:

    Stuart Nicholas Wilcox
    swilcox@wildearthguardians.org

    Laura Rachel Friend
    lfriend@humanesociety.org, lfriend.hsus@gmail.com

    */s/ Andrea L. Santarsiere*
    Andrea L. Santarsiere

# Exhibit A









## USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70171070000055680696

Expected Delivery on

**THURSDAY**
**22** MARCH 2018 ⓘ | by **8:00pm** ⓘ

## ⊘ Delivered

March 22, 2018 at 12:17 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 2.75
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here
[MAR 16 2018 WHITETHORN CA 95589 USPS]

Postage $ 2.68
Total Postage and Fees $ 8.88

Sent To: US Attorney Bob Troyer
Street and Apt. No., or PO Box No.: 1801 California St, Suite 1600
City, State, ZIP+4®: Denver, CO 80202

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 1070 0000 5568 0641

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney Bob Troyer
US Attorney's Office
1801 California St., Ste 1600
Denver, CO 80202

9590 9402 3486 7275 1548 60

2. Article Number (Transfer from service label)
7017 1070 0000 5568 0641

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name): David Vu
C. Date of Delivery: 1/3/18 [?]

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery
(...500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee: $ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)   $ 2.75
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage: $ 2.68

Total Postage and Fees: $ 8.88

Postmark Here: WHITETHORN CA 95589, MAR 10 2018, USPS

Sent To: Attorney General, US Dept. of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Av, NW
City, State, ZIP+4®: Washington, DC 20530-0001

7017 1070 0000 5568 0689

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
US Dept. of Justice
950 Pennsylvania Av, NW
Washington, DC 20530-0001

9590 9402 3486 7275 1548 91

2. Article Number (Transfer from service label)
7017 1070 0000 5568 0689

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: MAR 23 2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt