# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-0558-WYD

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,
THE HUMANE SOCIETY OF THE UNITED STATES, a non-profit organization, and
WILDEARTH GUARDIANS, a non-profit organization,

    Petitioners,

v.

NOREEN WALSH, in her official capacity as Region Director of the
Mountain-Prairie Region of the U.S. Fish and Wildlife Service,
RYAN ZINKE, in his official capacity as the Secretary of the U.S. Department
of the Interior,
JIM KURTH, in his official capacity as the Acting-Director of the U.S. Fish and
Wildlife Service,
THE U.S. FISH AND WILDLIFE SERVICE, a federal agency, and
THE U.S. DEPARTMENT OF THE INTERIOR, a federal agency,

    Federal-Respondents.

---

## JOINT CASE MANAGEMENT PLAN FOR PETITION
## FOR REVIEW OF AGENCY ACTION

---

**1.     APPEARANCES OF COUNSEL**

For Petitioners:

Andrea Santarsiere
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(Tel): (303) 854-7748
asantarsiere@biologicaldiversity.org

Stuart Wilcox
WildEarth Guardians
2590 Walnut Street
Denver, CO 80205
(Tel): (720) 331-0385
swilcox@wildearthguardians.org

Laura Friend
The Humane Society of the United States
1255 23rd Street, NW, Suite 450
Washington, DC 20037
(Tel): (202) 676-2331
lfriend@humanesociety.org

For Respondents:

Sarah Hunter Weiss
Assistant United States Attorney
U.S. Attorney's Office for the
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
(Tel): (303) 454-0100
(Fax): (303) 454-0404
sarah.weiss@usdoj.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

Petitioners assert jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 5 U.S.C. §§ 701-706 (Administrative Procedure Act), 28 U.S.C. §§ 2201-2202 (Declaratory Judgment Act), and 28 U.S.C. § 2412 (Equal Access to Justice Act).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Petition for Review Was Filed:**

    March 8, 2018

    B.  **Date Petition for Review Was Served on U.S. Attorney's Office:**

    March 19, 2018

    C.  **Date Answer or Other Response Was Filed:**

    Due May 25, 2018, per stipulation of the Parties.  [*See* Dkt. 11.]

4.  **STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    Petitioners maintain that filing a motion for preliminary injunction may be necessary to enjoin any unlawful activities during the pendency of this action. Respondents maintain that a request for emergency relief is unsupported in this case and would oppose any filing of a motion for preliminary injunction by Petitioners.

5.  **OTHER MATTERS**

    None

6.  **PROPOSED BRIEFING SCHEDULE**

    A.  **Deadline for Filing Administrative Record:**

    Respondents shall file the Administrative Record on June 25, 2018. The Administrative Record shall be Bates numbered and provided in a searchable electronic format.

    B.  **Deadline for Parties to Confer on Record Disputes:**

    Petitioners shall have until July 25, 2018, to notify Respondents regarding documents they believe should be included in the Administrative Record.

    **C.**    **Deadline for Filing the Final Administrative Record:**

Respondents shall file the Final Administrative Record with the Court by August 6, 2018.

    **D.**    **Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:**

The deadline for filing any motions to complete and/or supplement the Administrative Record will be August 14, 2018. The Response and Reply deadlines for any such motions will be governed by D.C.COLO.L.Civ.R. 7.1(d).

    **E.**    **Petitioners' Opening Brief Due:**

October 1, 2018 (assuming no motions regarding the record are filed)

    **F.**    **Respondents' Response Brief Due:**

November 13, 2018

    **G.**    **Petitioners' Reply Brief (If Any) Due:**

December 11, 2018

**7. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Petitioners' Statement:**

Petitioners believe that oral argument could be helpful to the Court, given the complexity of the dispute and multiple claims, and request oral argument to the extent it would assist the Court in reaching a determination on the merits.

    **B.**    **Respondents' Statement:**

Respondents do not oppose Petitioners' request for oral argument, to the extent that the Court finds that oral argument would be useful in resolving the outstanding issues in this matter.

**8. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    ( x )    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**9. OTHER MATTERS**

The Parties agree to comply with the Federal Rules of Civil Procedure and the District of Colorado's local rules with respect to any motions seeking an extension of time or a continuance in this matter. Excluding case caption, signature block, certificate of service, table of contents, and table of authorities (*see* FED. R. APP. P. 32(f)), the Parties agree to the following word limits for briefing this matter:

- 8,000 words for Petitioners' opening brief
- 8,000 words for Respondents' response brief
- 4,000 words for Petitioners' reply brief

**10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The Parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of May, 2018.

                                        BY THE COURT

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior U.S. District Court Judge

APPROVED:

                                        Robert C. Troyer
                                        U.S. Attorney for the District of Colorado

| | |
|---|---|
| s/ Andrea Lynn Santarsiere | s/ Sarah Hunter Weiss |
| Andrea Lynn Santarsiere | By: |
| Center for Biological Diversity | Sarah Hunter Weiss |
| P.O. Box 469 | Assistant United States Attorney |
| Victor, ID  83455 | U.S. Attorney's Office for the |
| (Tel): (303) 854-7748 | District of Colorado |
| asantarsiere@biologicaldiversity.org | 1801 California Street, Suite 1600 |
| | Denver, CO  80202 |
| | (Tel): (303) 454-0100 |
| | (Fax): (303) 454-0404 |
| | sarah.weiss@usdoj.gov |
| Counsel for Petitioners | Counsel for Federal Respondents |