**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-0558-WYD

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,
THE HUMANE SOCIETY OF THE UNITED STATES, a non-profit organization, and
WILDEARTH GUARDIANS, a non-profit organization,

    Petitioners.

v.

NOREEN WALSH, in her official capacity as Regional Director of the Mountain-Prairie Region of the U.S. Fish and Wildlife Service,
RYAN ZINKE, in his official capacity as the Secretary of the U.S. Department of the Interior,
JIM KURTH, in his official capacity as the Acting-Director of the U.S. Fish and Wildlife Service,
THE U.S. FISH AND WILDLIFE SERVICE, a federal agency, and
THE U.S. DEPARTMENT OF THE INTERIOR,

    Respondents.

---

**UNOPPOSED MOTION TO AMEND THE JOINT CASE MANAGEMENT PLAN**

---

Pursuant to D.C.COLO.LCivR 6.1(b), Respondents, by and through undersigned counsel, hereby respectfully move for an order amending the operative Joint Case Management Plan ("JCMP") [Dkt. 14], as follows:

1.    On March 15, 2018, the Court ordered the parties to confer and prepare a proposed JCMP. [Dkt. 6.] In accordance with the Court's Order, the parties submitted a proposed JCMP on May 9, 2018, [*see* Dkt. 13], and the JCMP was entered by the Court on May 10, 2018. [*See* Dkt. 14.]

1

2. The operative JCMP sets Respondents' deadline to file the Administrative Record on June 25, 2018. [*See id.*]

3. Good cause exists for a short extension of this deadline, because Respondents have been diligently working to compile the Administrative Record, but require one additional week to complete this process.

4. Petitioners do not oppose a one-week extension of Respondents' deadline, provided that the other deadlines concerning the Administrative Record are similarly extended.

5. The deadlines for summary judgment briefing shall remain unchanged.

6. Accordingly, the parties have agreed to a one-week extension of the deadlines associated with the Administrative Record as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Deadline for Filing Administrative Record** | June 25, 2018 | July 2, 2018 |
| **Deadline for Parties to Confer on Record Disputes** | July 25, 2018 | August 2, 2018 |
| **Deadline for Filing the Final Administrative Record** | August 6, 2018 | August 10, 2018 |
| **Deadline for Filing Motions to Complete and/or Supplement the Administrative Record** | August 14, 2018 | August 22, 2018 |
| **Petitioner's Opening Brief Due** | October 1, 2018 (assuming no motions regarding the record are filed) | *no change* |

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Respondent's Response Brief Due** | November 23, 2018 | *no change* |
| **Petitioner's Reply Brief Due** | December 11, 2018 | *no change* |

## CERTIFICATIONS

Pursuant to D.C.COLO.LCivRs 6.1 and 7.1, undersigned counsel certifies that she conferred with counsel for Petitioners regarding this extension, and Petitioners do not oppose. The parties have stipulated to one prior extension of time in this case, namely to consolidate the response deadline for the Respondents, who were served on different dates. [*See* Dkt. 11.] Undersigned counsel further certifies that she will serve a copy of this motion on the client representatives named below.

DATED:       June 21, 2018

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

    s/ Sarah Hunter Weiss
    *Sarah Hunter Weiss*
    Assistant United States Attorney
    U.S. Attorney's Office for
    the District of Colorado
    1801 California Street, Suite 1600
    Denver, CO  80202
    Telephone:  303.454.0100
    Fax:             303.454.0404
    Email:          sarah.weiss@usdoj.gov

    Counsel for Respondents

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following email addresses:

**Counsel for Petitioners**

swilcox@wildearthguardians.org
lfriend@humanesociety.org
asantarsiere@biologicaldiversity.org

I also hereby certify that a copy of the foregoing will be sent via email to the following client representatives:

larry.mellinger@sol.doi.gov
david.harrington2@usdoj.gov

*s/ Sarah H. Weiss*