**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  18-cv-00558-WYD

**CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,**
**THE HUMANE SOCIETY OF THE UNITED STATES, a non-profit organization, and**
**WILDEARTH GUARDIANS, a non-profit organization,**

       **Petitioners.**

**v.**

**NOREEN WALSH, in her official capacity as Regional Director of the Mountain-Prairie**
**Region of the U.S. Fish and Wildlife Service,**
**RYAN ZINKE, in his official capacity as the Secretary of the U.S. Department of the**
**Interior,**
**JIM KURTH, in his official capacity as the Acting-Director of the U.S. Fish and Wildlife**
**Service,**
**THE U.S. FISH AND WILDLIFE SERVICE, a federal agency, and**
**THE U.S. DEPARTMENT OF THE INTERIOR,**

       **Respondents**.

---

**UNOPPOSED MOTION TO AMEND THE JOINT CASE MANAGEMENT PLAN**

---

       Respondents respectfully request that the Court grant a one-week extension of time –

from August 10, 2018 to August 17, 2018 – for the Respondents to file the Final Administrative

Record.  The reason for this request is that Respondents have only recently received Petitioners'

objections to the record as it currently stands, and need additional time so that the parties can

confer on these objections and so that Respondents can compile a Final Administrative Record.

       1.      Respondents initially filed the Administrative Record on July 2, 2018.

2.      On August 2, 2018, Petitioners' counsel sent Respondents' counsel a letter proposing changes to the Administrative Record.

3.      The operative Joint Case Management Plan sets Respondents' deadline to file the Final Administrative Record on August 10, 2018.

4.      Good cause exists for a short extension of this record deadline so that the parties can confer on the objections raised in Petitioners' August 2 letter, and so that Respondents have time to complete their compilation of the Final Administrative Record.

5.      Accordingly, the parties have agreed to a one-week extension of the deadlines associated with the Administrative Record as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Deadline for Filing the Final Administrative Record** | August 10, 2018 | August 17, 2018 |
| **Deadline for Filing Motions to Complete and/or Supplement the Administrative Record** | August 22, 2018 | August 29, 2018 |
| **Petitioners' Opening Brief** | October 1, 2018 | *No change* (assuming no motions regarding the record are filed) |
| **Respondents' Response Brief Due** | November 23, 2018 | *No change* |
| **Petitioners' Reply Brief Due** | December 11, 2018 | *No change* |

## CERTIFICATIONS

Pursuant to D.C.COLO.LCivRs 6.1 and 7.1, undersigned counsel certifies that she

conferred with counsel for Petitioners regarding this extension, and Petitioners do not oppose. The parties have stipulated to one prior extension of time in this case, namely to consolidate the response deadline for the Respondents, who were served on different dates. [See Dkt. 11.] There has also been one prior amendment to the JCMP [see Dkt. 17], which granted Respondents' unopposed motion for a one-week extension (from June 25, 2018 to July 2, 2018). Undersigned counsel further certifies that she will serve a copy of this motion on the client representatives named below.

      DATED at Denver, Colorado this 9th day of August, 2018.

ROBERT C. TROYER
United States Attorney

s/ Sarah Hunter Weiss
*Sarah Hunter Weiss*
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0404
Email:  sarah.weiss@usdoj.gov
*Counsel for Respondents*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

### <u>Counsel for Petitioners</u>

swilcox@wildearthguardians.org
lfriend@humanesociety.org
asantarsiere@biologicaldiversity.org

I hereby further certify a copy of the foregoing will be sent via email to the following client representatives:

Larry Mellinger
David Harrington

*s/ Sarah H. Weiss*