# EXHIBIT 1

# Andrea Santarsiere

| | |
|---|---|
| **From:** | Mock, Jasand (USACO) <Jasand.Mock@usdoj.gov> |
| **Sent:** | Friday, May 10, 2019 9:14 AM |
| **To:** | Andrea Santarsiere |
| **Cc:** | stuart.wilcox5@gmail.com; lfriend@humanesociety.org |
| **Subject:** | Center for Biological Diversity v. Walsh, 18-cv-00558-MSK (D. Colo) |
| **Attachments:** | WildEarth Guardians v Conner.pdf |

Andrea,

I'm following up on the voicemail I left you yesterday. I wanted to give you a heads-up about two things in regard to *Center for Biological Diversity* v. *Walsh*, 18-cv-00558-MSK (D. Colo):

1. I will shortly be filing a notice of supplement authority concerning the Tenth Circuit's recent decision in *WildEarth Guardians* v. *Conner*, 920 F.3d 1245 (10th Cir. 2019). A copy of the decision is attached. Among other things, *Conner* pertains to the issue of assessing the adequacy of an agency's NEPA compliance by asking whether the agency's method of analyzing environmental effects had a rational basis and took into consideration the relevant factors. *Id.* at 1257, 1260-61 (regarding "baseline data"); *see also* Petitioners' Opening Brief on the Merits (ECF No. 28) at 9-10, 16-23; Respondents' Response (ECF No. 31) at 10, 14-15, 24; Petitioners' Reply Brief on the Merits (ECF No. 32) at 2-3.

2. FWS has approved an amendment to CPW's Neonate Mule Deer Study in the Piceance Basin grant. CPW is extending the grant period to 03-31-2020 and adding $111,577.74 to the budget ($83,683.30 Federal/$27,894.44 State).

Also, in regard to your voicemail message to Judge Krieger's chambers this past Wednesday: going forward, would you please include me on any calls you make to the court concerning this case?

Thank you,
**Jasand Mock**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0282
Email:    jasand.mock@usdoj.gov

1